United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATHERINE REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., et al.,<br><br>    Defendants. | Case No. 17-CV-05425-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is hereby referred to United States District Judge Beth Labson Freeman to determine whether it is related to No. 17-CV-05424-BLF, *Patrick Reyes v. Equifax, Inc., et al.*

**IT IS SO ORDERED.**

Dated: January 16, 2018

                                      *Lucy H. Koh*
                                  LUCY H. KOH
                                  United States District Judge