Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Patrick Reyes

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK REYES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 5:17-cv-05424-BLF<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BMW FINANCIAL SERVICES NA, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Patrick Reyes and defendant BMW Financial Services NA, LLC, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of BMW Financial Services NA, LLC from this action upon finalization.

　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**

Dated:   March 27, 2018　　　　　　By:　　/s/ *Elliot Gale*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

//

|   |   |
|---|---|
|   | **Stroock & Stroock & Lavan LLP** |
| Dated:   March 27, 2018 | By:   /s/ *Arjun P. Rao*<br>Arjun P. Rao<br>Attorneys for Defendant<br>BMW Financial Services NA, LLC |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Arjun P. Rao has concurred in this filing.

*/s/ Elliot Gale*